IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CIVIL/CRIMINAL
ACTION NO. 24-CV-6420

Zhari J. Walton vs. MONTGOMERY COUNTY COMMUNITY COLLEGE

## MOTION

SUMMARY JUDGEMENT

## UNDISPUTED FACTS

1. AN UNREBUTTED AFFIDAVIT STANDS AS TRUTH.
2. MONTGOMERY COUNTY COMMUNITY COLLEGE RECEIVED AN AFFIDAVIT FROM THE PLAINTIFF.
3. MONTGOMERY COUNTY COMMUNITY COLLEGE DID NOT RESPOND WITH AN AFFIDAVIT.
4. MONTGOMERY COUNTY COMMUNITY COLLEGE BREACHED CONTRACT PRESENTED BY RR 308330275 US.
5. NOTICE TO AGENT IS NOTICE TO PRINCIPAL.
6. BASED ON THE 9TH CIRCUIT'S DECISION IN Syed v. M-1, LLC, 853 F.3d 492 (9TH Cir. 2017), A PLAINTIFF CAN SUFFICIENTLY PLEAD AN FCRA CLAIM AGAINST A FURNISHER BY ALLEGING TO SPECIFY NOTIFICATION TO A CRA. THE COURT REASONED THAT THE FCRA'S LANGUAGE FOCUSES ON THE FURNISHER'S DUTY TO INVESTIGATE, RATHER THAN THE CONSUMER'S NOTIFICATION TO THE CRA.
7. MONTGOMERY COUNTY COMMUNITY COLLEGE VIOLATED THE FCRA.

REC'D DEC 20 2024

PRINTED NAME: Zhari J. Walton
ADDRESSS: 7414 GILBERT ST
PHILADELPHIA
PA, 19138
SIGNATURE: 
DATE: 12/20/2024

03/2019